Jack **FERRANTI**, Petitioner–Appellant,

v.

Kenny **ATKINSON**, Warden, Respondent–Appellee.

No. 14–6779.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2014.

Decided: Oct. 31, 2014.

Jack Ferranti, Appellant Pro Se.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jack Ferranti, a federal prisoner, appeals the district court's orders: accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition; and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ferranti v. Atkinson,* No. 5:13–cv–03471–TMC (D.S.C. Feb. 6 & May 5, 2014). We deny the motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*